IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CASE NO. 22-mj-1647** |
| **CERTAIN PERSONS** | : | |

*O R D E R*

AND NOW, this  18th   day of October, 2022, upon consideration of the Government's motion, and after balancing the public right of access to court documents with ensuring the confidentiality of an ongoing criminal investigation, it is hereby

*O R D E R E D*

that the within motion, Complaint and Arrest Warrant, all accompanying documents, and all docket entries are impounded until further order of this Court. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to J. Jeanette Kang and Justin T. Ashenfelter, Assistant United States Attorneys.

BY THE COURT:

/s/ Lynne A. Sitarski
_____
Honorable Lynne A. Sitarski
United States Magistrate Court Judge

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 22-mj-1647 |
| **CERTAIN PERSONS** | : | |

*GOVERNMENT'S MOTION TO IMPOUND*

The United States of America, by and through its attorneys, Jennifer A. Williams, Acting United States Attorney in and for the Eastern District of Pennsylvania, and J. Jeanette Kang and Justin T. Ashenfelter, Assistant United States Attorneys for the District, moves to impound the within Motion, Complaint and Arrest Warrant, all accompanying documents, and all docket entries, and in support of its Motion states as follows:

1. The within Motion is a document which, if made public would jeopardize the government's interest in not jeopardizing an ongoing criminal investigation relating to gun trafficking.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to not jeopardizing an ongoing criminal investigation are traditionally conducted <u>ex parte</u> and in camera, with deference to the government's determination that investigative matters should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing an ongoing criminal investigation relating to gun trafficking, the government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no

public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to J. Jeanette Kang and Justin T. Ashenfelter, Assistant United States Attorneys.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


*/s/ J. Jeanette Kang*
J. Jeanette Kang
Assistant United States Attorney