AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Kang and AUSA Ashenfelter)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-mj-1647 |
| SAMIR AHMAD | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  **SAMIR AHMAD**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about October 13, 2022, the defendant, who is not licensed to deal in firearms, sold two firearms and ammunition, affecting interstate and foreign commerce, to an individual he had reasonable cause to believe was illegally or unlawfully in the United States, in violation of 18 U.S.C., Secs. 922(d)(5)(A) and 933.

Date: 10/18/2022

/s/ Lynne A. Sitarski
*Issuing officer's signature*

City and state: Philadelphia, PA

Honorable Lynne A. Sitarski
*Printed name and title*

### Return

This warrant was received on (date) 10/18/2022, and the person was arrested on (date) 10/19/2022
at (city and state) PHILADELPHIA, PA.

Date: 10/21/2022

*Arresting officer's signature*

TYLER L. HELMS    SPECIAL AGENT, FBI
*Printed name and title*