

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*J. Jeanette Kang*
*Direct Dial: (215) 861-8204*
*Facsimile: (215) 861- 8618*
*E-mail Address:  Jeanette.kang@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 27, 2022

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Samir Ahmad, 22-mj-1647

Dear Clerk:

    Please unimpound the C&W in regard to the above-captioned case.

    Very truly yours,

    JACQUELINE C. ROMERO
    United States Attorney

    */s/ J. Jeanette Kang*
    J. Jeanette Kang
    Assistant United States Attorney